John Wanamaker, Philadelphia, Appeal.

1301-25 Chestnut Street Tax Assessment Case.

Argued November 15, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

642

644

650

*Joseph Neff Ewing*, with him *Robert W. Sayre* and *Saul, Ewing, Remick & Saul*, for appellant.

*Joseph H. Lieberman*, Solicitor for Board of Revision of Taxes, with him *Frank F. Truscott*, City Solicitor, and *Michael D. Hayes*, Assistant City Solicitor, for appellees.

PER CURIAM, January 3, 1949:

The decree of the court below is affirmed on the opinion of Judge MILNER. Costs to be paid by the appellant.